IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; and FRIENDS OF THE EARTH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY, U.S. DEPARTMENT OF AGRICULTURE; U.S. DEPARTMENT OF COMMERCE; U.S. DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; U.S. DEPARTMENT OF THE INTERIOR; U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF TRANSPORTATION; U.S. DEPARTMENT OF VETERANS AFFAIRS; CENTRAL INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE OF THE PRESIDENT; FEDERAL COMMUNICATIONS COMMISSION; and GENERAL SERVICES ADMINISTRATION;<br><br>Defendants. | No. C 05-01526 WHA<br><br>**ORDER APPROVING STIPULATED PARTIAL DISMISSAL** |

The stipulated dismissal of plaintiff's second claim for relief with prejudice is **APPROVED**. The Court retains jurisdiction over this claim until April 15, 2009, as described in paragraph 7 of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: November 30, 2005

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE