IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; and FRIENDS OF THE EARTH,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF ENERGY, *et al.*;<br><br>    Defendants.<br>_____/ | No. C 05-01526 WHA<br><br>Related to:<br><br>No. C 02-00027 WHA<br><br>**NOTICE RE: HEARING** |

The parties are instructed to be prepared to discuss at the hearing on March 2, 2006 whether or not the promulgation of replacement-fuel goals pursuant to 42 U.S.C. 13254 would be subject to the "notice-and-comment" requirements of the Administrative Procedure Act, 5 U.S.C. 553.

**IT IS SO ORDERED.**

Dated: February 28, 2006

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE