PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN (SBN 118321)
United States Attorney
CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, California 94102-3495
Tel: (415) 436-7180

JAMES J. GILLIGAN
DANIEL E. BENSING
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20004
Telephone: (202) 305-0693
Facsimile: (202) 616-8460

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPT. OF ENERGY, et al., )<br>)<br>Defendants. )<br>) | CASE NO. C 05-01526 WHA<br><br>[PROPOSED] ORDER |

    Based upon the agreed stipulation of the parties, It is hereby ORDERED that defendants Department of Energy and Central Intelligence Agency shall pay plaintiffs the sum of $ 65,000 in full and complete settlement of all of plaintiffs' claims for attorney fees and costs. This payment shall be in addition to the earlier payment of $ 5,000 made to plaintiffs in connection with Count

1  II of their Complaint.

3  SO ORDERED: _____  Date: November 21, 2006 ~~2005~~

*Signed: Judge William Alsup — IT IS SO ORDERED, United States District Court, Northern District of California*